Entered on Docket
February 17, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed February 16, 2010

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 10-51085-RLE |
|---|---|
| Kazuhiro Kono, | Chapter 13 |
| Debtor(s). | |

### ORDER FOR TRANSFER

The above-entitled case having been filed and assigned to the undersigned judge, in the United States Bankruptcy Court, Northern District of California, San Jose Division, when the correct venue is the United States Bankruptcy Court, Central District of California, Los Angeles Division, and good cause having being shown,

IT IS ORDERED that a transfer of venue to the United States Bankruptcy Court, Los Angeles Division is approved.

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated 2/24/10
by
Deputy Clerk



**END OF ORDER**

Case #: 10-51085-RLE

**COURT SERVICE LIST**

Kazuhiro Kono
1830 E. Ocean Ave #503
Long Beach, CA 90802

U.S. Trustee
Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

George Holland, Jr.
Law Office of George Holland Jr.
1970 Broadway St. #1030
Oakland, CA 94612

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

2